**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: HENRY L. WALSTON | § | Case No. 10-73681 |
| MURLENE WALSTON | § | |
| | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2010.

2) The plan was confirmed on 01/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/06/2013.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,700.00.

10) Amount of unsecured claims discharged without full payment: $23,096.50.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 21,600.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 21,600.00 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,221.42 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,721.42 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Sec | 100.00 | 100.00 | 100.00 | 100.00 | 2.43 |
| AMERICAN GENERAL FINANCE | Uns | 3,741.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Sec | 12,525.00 | 13,484.12 | 12,525.00 | 12,525.00 | 1,127.84 |
| SANTANDER CONSUMER USA INC | Uns | 754.00 | 0.00 | 959.12 | 215.93 | 0.00 |
| WORLD ACCEPTANCE | Sec | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 766.00 | 754.50 | 754.50 | 169.86 | 0.00 |
| AFS ASSIGNEE OF FIRST PREMI | Uns | 584.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MG | Uns | 757.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 399.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK NA | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 645.00 | 132.73 | 132.73 | 29.88 | 0.00 |
| CASH STORE #335 | Uns | 1,219.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,075.00 | 1,075.02 | 1,075.02 | 242.01 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 371.00 | 2,644.87 | 2,644.87 | 595.42 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 545.00 | 237.00 | 237.00 | 53.35 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 108.00 | 114.13 | 114.13 | 25.69 | 0.00 |
| CREDITORS PROTECTION | Uns | 112.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION | Uns | 227.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 273.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 231.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 137.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 1,036.00 | 1,104.04 | 1,104.04 | 248.54 | 0.00 |
| CREDITORS PROTECTION | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| HARRISON AVENUE MOBIL | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Uns | 154.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 526.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 188.00 | 572.20 | 572.20 | 128.81 | 0.00 |
| NCO / ASGNE OF AT T | Uns | 673.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 130.00 | 3,564.45 | 3,564.45 | 802.44 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 254.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 623.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,092.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 309.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 678.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 795.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 310.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,060.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 400.00 | 294.29 | 0.00 | 0.00 | 0.00 |
| TDS TELECOMMUNICATIONS CORP | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| TINA R ENTWISTLE, DPM | Uns | 132.00 | 104.00 | 104.00 | 23.41 | 0.00 |
| UNITED CREDIT SERVICE | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT SERVICE | Uns | 349.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 715.00 | 715.06 | 715.06 | 160.97 | 0.00 |
| RAY VALLARTA | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF RONALD | Uns | 976.25 | 976.25 | 976.25 | 219.78 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BELOIT CLINIC | Uns | 0.00 | 445.93 | 445.93 | 100.39 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 474.51 | 474.51 | 106.83 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 701.51 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 12,525.00 | $ 12,525.00 | $ 1,127.84 |
| All Other Secured | $ 100.00 | $ 100.00 | $ 2.43 |
| **TOTAL SECURED:** | $ 12,625.00 | $ 12,625.00 | $ 1,130.27 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 13,873.81 | $ 3,123.31 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 4,721.42 |
| Disbursements to Creditors | $ 16,878.58 |
| **TOTAL DISBURSEMENTS:** | $ 21,600.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  10/30/2013          By:  /s/ Lydia S. Meyer
                                 Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)